UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSEMARY C. MALONEY,

        Plaintiff,

- against -

BJ'S WHOLESALE CLUB, INC., et al.,

        Defendants.
-----------------------------------------------------------x

ORDER

14 CV 1478 (RJD)(JO)

In his March 26, 2014 Report and Recommendation (ECF No. 7), Magistrate Judge James Orenstein recommends that the Court deny plaintiff Rosemary M. Maloney's motion to remand her personal injury action to state court and deny her request for costs. No objections have been filed, and plaintiff's time to do so has expired.

Having considered the papers submitted in connection with plaintiff's motion and Magistrate Judge Orenstein's Report and Recommendation, the Court adopts the Report and Recommendation and denies the motion.

SO ORDERED.

Dated: Brooklyn, New York
      April 21, 2014

                                  /s/ Judge Raymond J. Dearie
                                  RAYMOND J. DEARIE
                                  United States District Judge